JS-6

Amir J. Goldstein, Esq. (CA Bar No. 255620)
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel  323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FENLEY, | CASE NO.: 12-CV-01571-MMM (MRWx) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL |
| CAVALRY PORTFOLIO SERVICES, LLC and DOES 1 through 10, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the Defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.  Any claims of any putative class members are dismissed without prejudice.

/S/ AJG_____
Amir J. Goldstein Esq.
**ATTORNEY FOR PLAINTIFF**
5455 Wilshire Blvd. Suite 1812
Los Angeles, California 90036
Tel: 323-937-0400
Fax: 866-288-9194

SO ORDERED:

*[signature]*
Margaret M. Morrow
United States District Judge

(Proposed) Order of Dismissal